

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00277-CV

Bruce **KNEESE**,
Appellant

v.

**WELLS FARGO BANK, N.A**, Stephen F. Marguart, Wells Fargo Home Mortgage, Inc., Mark
C. Sparrow, Dawn M., Sparrow,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15115
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's unopposed first motion for an extension of time to file the appellant's brief is granted in part. We order the appellant's brief due November 17, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court